INFINITY BROADCASTING CORPORATION of Los Angeles, Inc., a Delaware Corporation, d/b/a KROQ–FM, Plaintiff–Appellee,

v.

PLAYA DEL SOL BROADCASTERS, a California corporation, d/b/a KRCK–FM; Edward Stolz, an individual, Defendants–Appellants.

No. 01–56425.

D.C. No. CV–01–06087–ABC.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 5, 2002.

Decided April 16, 2002.

---

* Honorable Charles R. Weiner, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

Before GOODWIN, PREGERSON, and TROTT, Circuit Judges.

### ORDER[1]

The decision of the District Court is **affirmed** substantially for the reasons stated by Judge Collins in her "Order Granting Preliminary Injunction," AFFIRMED.

1. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

